May Term,

. THE EVANSVILLE, INDIANAPOLIS AND CLEVELAND STRAIGHT    1858.

LINE RAILROAD COMPANY *v.* STRINGER.     PATTERSON
v.
THE STATE.

APPEAL from the *Pike* Circuit Court.     *Friday,*

*Per Curiam.*—This was a proceeding similar to that of *June* 25.
the same appellant against *Fitzpatrick*, decided at this term,
and substantially the same questions arise upon the admis-
sion of testimony; and for the reasons given in the case
cited the judgment in this case is reversed with costs (1). .

*O. H. Smith*, for the appellants.

(1) *Ante*, 120.

---

PATTERSON *v.* THE STATE.

APPEAL from the *Wells* Court of Common Pleas.    *Friday,*
*June* 25.
*Per Curiam.*—Prosecution for assault and battery. Con-
viction, &c. In the record there is what purports to be a
bill of exceptions, wherein it is stated that the defendant
moved in arrest of judgment; but his motion was overruled.
The bill, however, does not appear to have been signed by
the judge and filed by the clerk; hence its statements, as
to the rulings of the Common Pleas, are not properly be-
fore us. 2 R. S. p. 377, § 120. And as the only error
assigned relates to the refusal of the Court to sustain the
motion in arrest, the judgment must be affirmed.

The judgment is affirmed with costs.

*J. P. Greer*, for the appellant.

*A. White*, for the state.